UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARC IRWIN SHARFMAN, M.D.,
P.A., a Florida corporation, individually
and as the representative of a class of
similarly-situated persons,

    Plaintiff,

v.                                              Case No. 8:21-cv-0580-KKM-JSS

PREFERRED PHYSICIANS
INSURANCE AGENCY, INC.,

    Defendant.
_____/

## ORDER

    The parties filed a Notice of Settlement (Doc. 19), informing the Court that they have reached a settlement in this action. Although Plaintiff brought the claims individually and on behalf of others, he never moved to certify a class and confirms that the parties' settlement resolves his "individual claims only." (Doc. 21.) There is, thus, no certified class or any "class proposed to be certified for purposes of settlement," Fed. R. Civ. Proc. 23(e), and the Court dismisses the action upon Plaintiff's request on terms it considers proper, Fed. R. Civ. Proc. 41(a)(2). Accordingly, consistent with Local Rule 3.09(b), the Court orders that this case is **dismissed without prejudice,** subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a

party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal of Plaintiff's individual claims shall be **with prejudice**. The dismissal of all claims Plaintiff brought on behalf of others will remain without prejudice after 30 days. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on October 18, 2021.

Kathryn Kimball Mizelle
United States District Judge