UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00580-KKM-JSS

MARC IRWIN SHARFMAN, M.D.,
P.A. Individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

PREFERRED PHYSICIANS
INSURANCE AGENCY, INC.,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Marc Irwin Sharfman, M.D., P.A., and Defendant, Preferred Physicians Insurance Agency, Inc. (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and would represent to the Court that this action has been resolved and would request entry of an Order dismissing this matter including class action allegations with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **3rd day of December 2021.**

| | |
|---|---|
| */s/ Ryan M. Kelly* | */s/ Ernest H. Kohlmyer, III* |
| Ryan M. Kelly, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 90110 | Florida Bar No. 110108 |
| rkelly@andersonwanca.com | Skohlmyer@shepardfirm.com |
| Anderson & Wanca | Shepard, Smith, Kohlmyer & |
| 3701 Algonquin Road | Hand, P.A. |
| Rolling Meadows, IL 60008 | 2300 Maitland Center Parkway, |
| Telephone: (847) 368-1500 | Suite 100 |
| Facsimile (847) 368-1501 | Maitland, Florida 32751 |
| *Attorneys for Plaintiff* | Telephone (407) 622-1772 |
| | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant, Preferred Physicians Insurance Agency, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **December 3, 2021,** via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Anderson & Wanca, Esquire at rkelly@andersonwanca.com *(Attorneys for Plaintiff).*

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Florida Bar No.: 110108
> skohlmyer@Shepardfirm.com
> Shepard, Smith, Kohlmyer & Hand, P.A.
> 2300 Maitland Center Parkway, Suite 100
> Maitland, FL  32751
> Phone: (407) 622-1772
> Fax: (407) 622-1884
> *Attorneys for Defendant, Preferred Physicians Insurance Agency, Inc.*